PITTMAN, Judge,
concurring specially.
I concur in the reversal. Numerous Alabama appellate opinions demonstrate that a party in Djibrine’s position can properly seek de novo review in the appropriate circuit court by appeal from an order of a district court denying relief under Rule 60(b), Ala. R. Civ. P. Food World v. Carey, 980 So.2d 404 (Ala.Civ.App.2007); Evans v. Sharp, 617 So.2d 1039 (Ala.Civ.App.1993); Walker v. Eubanks, 424 So.2d 631 (Ala.Civ.App.1982); Neal v. Wilson Lumber Co., 410 So.2d 404 (Ala.Civ.App.1981); and Terry v. Frisbee, 404 So.2d 345 (Ala.Civ.App.1981). Such an appeal is to proceed “as if the district court’s judgment denying the Rule 60(b) motion had never been entered,” i.e., “[t]he circuit court views the [motion] and its supporting material on their merits as to whether relief should be granted under Rule 60(b).” Evans, 617 So.2d at 1040.